Becker v. State



COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS







IN RE: ERIC FLORES


 §


 


§


 


§


 


§


 


§


 



No. 08-07-00088-CR


 

AN ORIGINAL PROCEEDING 


IN MANDAMUS







MEMORANDUM OPINION ON PETITION FOR WRIT OF MANDAMUS


 Relator, Eric Flores, has filed a second pro se petition seeking a writ of mandamus to
compel the trial court to rule on his pro se writ of habeas corpus. Flores' first petition for writ of
mandamus was based on similar grounds and was denied in an unpublished memorandum
opinion issued by this Court. See In re Flores, No. 08-07-00019-CR, 2007 WL 687650
(Tex.App.--El Paso March 8, 2007, orig. proceeding)(mem. op., not designated for publication). 
Since the issuance of our original denial of mandamus, this Court has learned from the trial
court's file that Flores has appointed counsel.

 Because Flores has appointed trial counsel, Flores is not entitled to both self-representation and representation by counsel. A criminal defendant is not entitled to hybrid
representation. See Gray v. Shipley, 877 S.W.2d 806, 806 (Tex.App.--Houston [1st Dist.] 1994,
orig. proceeding), citing Rudd v. State, 616 S.W.2d 623, 625 (Tex.Crim.App. 1981). Therefore,
Flores' petition for writ of mandamus is denied.


April 12, 2007

 DAVID WELLINGTON CHEW, Chief Justice


Before Chew, C.J., McClure, and Carr, JJ.


(Do Not Publish)